No. 881, Misc. LOUCKS *v.* RANDOLPH, WARDEN. Circuit Court of Cook County, Illinois. Certiorari denied.

No. 747, October Term, 1961. SHAW WAREHOUSE CO. ET AL. *v.* SOUTHERN RAILWAY CO. ET AL., 369 U. S. 850. Petition for rehearing denied. MR. JUSTICE BLACK, MR. JUSTICE WHITE, and MR. JUSTICE GOLDBERG took no part in the consideration or decision of this application.

No. 16. SHOTWELL MANUFACTURING CO. ET AL. *v.* UNITED STATES, 371 U. S. 341;

No. 483. JOHN J. CASALE, INC., *v.* UNITED STATES ET AL., 371 U. S. 222;

No. 543. STUART ET AL. *v.* CARR (FORMERLY WILSON), ATTORNEY GENERAL OF TEXAS, ET AL., 371 U. S. 576;

No. 616. MILLER *v.* UDALL, SECRETARY OF THE INTERIOR, 371 U. S. 967;

No. 7, Misc. DANIEL *v.* WILKINS, WARDEN, *ante,* p. 917;

No. 581, Misc. ABREU *v.* UNITED STATES, *ante,* p. 918; and

No. 690, Misc. HAWKINS *v.* UNITED STATES, *ante,* pp. 924, 933. Petitions for rehearing denied.

MARCH 19, 1963.

No. 586. JACKSON *v.* UNITED STATES. Certiorari, 371 U. S. 900, to the Court of Claims. Writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Charles D. Ablard* and *Bernard D. Craig* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Douglas, Louis F. Claiborne* and *Alan S. Rosenthal* for the United States.